■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR L. LUGO, Appellant. [614 NYS2d 953] —Judgment unanimously affirmed (see, People v John, 186 AD2d 269, lv denied 80 NY2d 1027). (Appeal from Judgment of Onondaga County Court, Elliott, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Balio, Callahan, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL BAILEY, Appellant. [614 NYS2d 953] —Judgment unanimously affirmed for reasons stated in decision at Onondaga County Court, Mulroy, J. (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Criminal Possession Weapon, 3rd Degree.) Present—Pine, J. P., Balio, Callahan, Davis and Boehm, JJ.